**DISMISSED; Opinion Filed February 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01511-CV

### HARRIS HOSPICE, INC., Appellant
### V.
### GLEN JONES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF RUTH JONES, DECEASED, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12742**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's February 14, 2019 unopposed motion to dismiss the appeal for mootness. In the motion, appellant states the parties have resolved their issues. We grant the motion. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

181511F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARRIS HOSPICE, INC., Appellant

No. 05-18-01511-CV      V.

GLEN JONES, INDIVIDUALLY AND AS
THE REPRESENTATIVE OF THE
ESTATE OF RUTH JONES, DECEASED,
Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-12742.
Opinion delivered by Justice Carlyle.
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellee Glen Jones, Individually and as the Representative of the Estate of Ruth Jones, Deceased recover his costs of this appeal from appellant Harris Hospice, Inc..

Judgment entered this 19th day of February, 2019.